

# NUMBER 13-13-00024-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DIEGO GOMEZ AND MIRZA
VERONICA SALAZAR DE GOMEZ,                                    Appellants,

v.

US BANK NATIONAL ASSOCIATION,                                    Appellee.

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on February 12, 2013, and remanded to the trial court to determine the correct date of the judgment. This cause is now before the Court on appellants' unopposed motion to withdraw the appeal. Appellants request that this Court withdraw and dismiss the appeal. Accordingly, this case is hereby

REINSTATED.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
25th day of April, 2013.